```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY


------------------------------X
PEDRO A. GONZALEZ,
                                        Civil Action: 04-3556 WJM

        Plaintiff,


v.                                      ORDER OF DISMISSAL

CITY OF HOBOKEN,


        Defendants.
------------------------------X
```

It has been reported to the Court that the above-captioned matter has been settled,

It is on this 26th day of January, 2006

ORDERED that this action is hereby dismissed.

                                      s/William J. Martini

                                      _____

                                      WILLIAM J. MARTINI, U.S.D.J.