HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendant, Esther Suarez

RECEIVED
MAY 0 5 2006
AT 8:30
WILLIAM T. WALSH, CLERK

| Plaintiff(s), | SUPERIOR COURT OF NEW JERSEY |
| --- | --- |
| PEDRO A. GONZALEZ | ESSEX COUNTY LAW DIVISION |
| vs. | DOCKET NO. 04-3556(WJM) |
| Defendant(s), | CIVIL ACTION |
| ESTHER SUAREZ | VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE |

It is hereby stipulated and agreed by and between the attorneys for the parties that all claims as asserted by Plaintiff, Pedro Gonzalez, against Defendant, Esther Suarez, are hereby voluntarily dismissed with prejudice and without costs.

LAW OFFICES OF STEVE NEWMAN
Attorneys for Plaintiff(s), Pedro A. Gonzalez

By: _____
STEVE NEWMAN

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant, Esther Suarez

By: _____
CHRISTOPHER J. KILLMURRAY

Dated: February 15, 2006

HOAGLAND, LONGO,
MORAN, DUNST
& DOUKAS, LLP
ATTORNEYS AT LAW

40 PATERSON STREET
P.O. BOX 480
NEW BRUNSWICK, NJ